|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA  E-filing | |

| UNITED STATES OF AMERICA, | SUMMONS IN A CIVIL ACTION |
|---|---|
| Plaintiff, | Case Number: |
| v. | |
| Vicky Moore aka Vicky L. Moore aka Vickie Lynn Kessler, | **CV 08  3086** |
| Defendant(s). | |

**SLM**

TO: (Name and Address of Defendant)

Vicky Moore aka Vicky L. Moore aka Vickie Lynn Kessler
432 Maple Ln.
Garberville, CA 95542

YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

You must also serve your answer upon

PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law, P.O. Box 129, Alameda, CA 94501

**(510) 523-4702**

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RICHARD W. WIEKING
CLERK                                          DATE

_____
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA *E-filing*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>Vicky Moore aka Vicky L. Moore<br>aka Vickie Lynn Kessler,<br><br>    Defendant(s).<br>_____/ | SUMMONS IN A CIVIL ACTION<br><br>Case Number:<br><br>**CV 08   3086**<br><br>**SLM** |

TO: (Name and Address of Defendant)

   Vicky Moore aka Vicky L. Moore aka Vickie Lynn Kessler
   432 Maple Ln.
   Garberville, CA 95542

YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

You must also serve your answer upon

PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law, P.O. Box 129, Alameda, CA 94501

(510) 523-4702

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RICHARD W. WIEKING                           7/1/08
CLERK                                          DATE

**GINA AGUSTINE-RIVAS**
BY DEPUTY CLERK